# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARIAN CHRISTOPHER OWENS,
                            Appellant,
                vs.
THE STATE OF NEVADA,
                            Respondent.

No. 83273

FILED

AUG 1 2 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on October 26, 2020. The district court served notice of entry of that order on appellant on October 28, 2020. Appellant did not file the notice of appeal, however, until July 21, 2021, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). In addition, that order was already appealed, and the Court of Appeals affirmed the decision in Docket

SUPREME COURT
OF
NEVADA

(O) 1947A

21-23543

No. 82171-COA. A second duplicate appeal may not proceed. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Stiglich                                Silver


cc:   Hon. Cristina D. Silva, District Judge
      Darian Christopher Owens
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A